WASHINGTON F. NORTON and Others, as Executors and Trustees, etc., of ANTOINETTE SAMMIS, Deceased, Respondents, v. ATLANTIC BEACH REALTY COMPANY, INC., Respondent, Impleaded with ERNEST E. PETTY and Others, Defendants, and WILLIAM A. WHITE and Another, Appellants. — Judgment unanimously affirmed, with costs. No opinion. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES W. F. SMITH, Relator, v. ARTHUR WOODS, as Police Commissioner of the City of New York, Respondent.— Determination confirmed and writ dismissed, with fifty dollars costs and disbursements. No opinion. Rich, Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

*Decisions by Mr. Justice Putnam on Applications to Appeal from the Appellate Term.*

CHALMERS MERN, Appellant and Respondent, v. EUGEN RUBEN, Respondent and Appellant.— Application denied, with ten dollars costs.

CHARLES E. WILSON, Appellant, v. AFRICAN METHODIST EPISCOPAL ALLEN CHURCH, Respondent.— Application denied, without costs.

*Decision by Mr. Justice Kelly on Application to Appeal from the Appellate Term.*

HERMAN MAYER, Respondent, v. THE CITY OF NEW YORK, Appellant.— Application granted, without costs.